```
                UNITED STATES DISTRICT COURT
                    DISTRICT OF MINNESOTA
                   CIVIL NO. 25-437 (DSD/LIB)
```

Lisa L.,

        Plaintiff,

v.                      ORDER

Frank Bisignano,
Commissioner of Social Security,

        Defendant.

Based upon the Report and Recommendation of the United States Magistrate Judge Leo I. Brisbois dated January 9, 2026 (R&R), and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 22] is adopted in its entirety;

2. Plaintiff's request for relief, [Docket No. 13], is granted, as set forth in the R&R;

3. Defendant's request for relief, [Docket No. 18], is denied; and

4. The above captioned matter is remanded to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with this Report and Recommendation.

Dated: January 26, 2026        /s David S. Doty_____
                                       David S. Doty, Judge
                                       United Stated District Court