UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-437(DSD/LIB)

Lisa Kay Larson,

        Plaintiff,

v.                                                **ORDER**

Frank Bisignano,
Commissioner of Social Security,

        Defendant.

This matter came before the court upon plaintiff Lisa Kay Larson's application for attorney's fees under the Equal Access to Justice Act. Defendant Frank Bisignano, Commissioner of Social Security, did not file an objection to the application in the time period permitted, nor did he respond to plaintiff's efforts to meet and confer.

The court has reviewed and considered the motion, all related briefing and exhibits, and the entire record. Based on that review, the court grants the motion in its entirety. Accordingly, **IT IS HEREBY ORDERED** that:

1. The application for attorney's fees [ECF No. 26] is granted; and

2.   Plaintiff is awarded $6,971.49 in reasonable attorney's fees.


Dated: May 12, 2026

s/Paul A. Magnuson for
David S. Doty, Judge
United States District Court

2